# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1606
_____

CITIZENS OF THE STATE OF
FLORIDA, through the Office of
Public Counsel,

    Appellant,

    v.

FLORIDA PUBLIC SERVICE
COMMISSION,

    Appellee.

_____

On appeal from the Florida Public Service Commission.
Adam Teitzman, Commission Clerk.


August 13, 2026

PER CURIAM.

    AFFIRMED.

LEWIS, M.K. THOMAS, and TREADWELL, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Walt Trierweiler, Charles J. Rehwinkel, and Octavio Simoes-Ponce of the Office of Public Counsel, Tallahassee, for Appellant.

Adria E. Harper, Jennifer Augspurger, Samantha M. Cibula, and Susan Sapoznikoff, Tallahassee, for the Florida Public Service Commission.

J. Jeffry Wahlen and Malcom N. Means of Ausley McMullen, Tallahassee, for the Sunshine Water Services Company.